```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 08568
    ELOISE DOTSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0831

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/10/2007 and was confirmed 08/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
AMERICAN HOME MTG          CURRENT MORTG         .00             .00            .00
AMERICAN HOME MTG          MORTGAGE ARRE         .00             .00            .00
STRATFORD SOUTH COMMONS    SECURED          6588.00              .00          99.99
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00             .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    2521.00              .00            .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED             .00            .00
CITIBANK                   UNSECURED       30233.03              .00            .00
LVNV FUNDING LLC           UNSECURED        1033.08              .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED             .00            .00
RCN CHICAGO                UNSECURED       NOT FILED             .00            .00
SPRINT PCS                 UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED       10706.01              .00            .00
MERCY HOSPITAL             UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED       38177.27              .00            .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED             .00            .00
RADIOLOGICAL PHYSICIANS    UNSECURED       NOT FILED             .00            .00
RICHARD A SNOW             UNSECURED       NOT FILED             .00            .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY     NOT FILED             .00            .00
SPRINT-NEXTEL CORP         UNSECURED         172.84              .00            .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED             .00            .00
AMERICAN HOME MTG          NOTICE ONLY     NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      84.00              .00          84.00
JEFFERSON CAPITAL SYSTEM   FILED LATE           .00              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                         2,121.50
TOM VAUGHN                 TRUSTEE                                            167.91
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    2,473.40

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08568 ELOISE DOTSON
```

```
PRIORITY                                                          84.00
SECURED                                                           99.99
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,121.50
TRUSTEE COMPENSATION                                             167.91
DEBTOR REFUND                                                       .00
                                       ---------------   ---------------
TOTALS                                       2,473.40          2,473.40
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 05/23/08                            /s/ Tom Vaughn
                                                      _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE